**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOY HO SCHERER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, WESSAM WAYVE ISMAIL, NELSON ANTONION MARTINEZ, JR., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:22-cv-01931-JVS-ADS<br>*Hon. Judge James V. Selna – Ctrm. 10C*<br>*Hon. Mag. Autumn D. Spaeth – Ctrm. 6B*<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS ON REMAND AFTER APPEAL [76]** |

Pursuant to the Order of the Ninth Circuit dated May 14, 2026 (Dkt #72) reversing the District Court's denial of qualified immunity, finding that dismissal based on qualified immunity is proper at this stage, and order that judgment be entered in favor of Defendants, **IT IS HEREBY ORDERED, ADJUGED AND DECREED**, that Plaintiff **JOY HO SCHERER** have and recover nothing by each and all the claims as set forth in the operative complaint against Defendants **CITY OF LOS ANGELES, WESSAM WAYVE ISMAIL, NELSON ANTONION MARTINEZ, JR.,** and that Defendants shall recover their costs in accordance with Local Rule 54.

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT CITY OF LOS ANGELES, WESSAM WAYVE ISMAIL, NELSON ANTONION MARTINEZ, JR.,** ON ALL CLAIMS ALLEGED AGAINST THEM.

***IT IS SO ORDERED.***

Dated: July 27, 2026

**HONORABLE JAMES V. SELNA**
United States District Court Judge